JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| EDGARDO IORIO, individually, and in his capacity as a shareholder, director, and officer of AUTOMUNDO PUBLISHING INC., a California Corporation<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JORGE KOECHLIN an individual, AUTOMUNDO PRODUCTIONS INC., a Florida Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:09-cv-08798 SVW (CWx)<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)**<br><br><br>[Complaint Filed:　　Oct. 19, 2009<br>　Complaint Served:　　Nov. 1, 2009<br>　Complaint Removed:　Dec. 1, 2009] |

-1-

1    GOOD CAUSE HAVING BEEN SHOWN, pursuant to the *Stipulation Of All Parties To A Dismissal Of This Action In Its Entirety With Prejudice, Pursuant To Fed. R. Civ. P. 41(a)*, submitted on August 24, 2010, by and between plaintiff Edgardo Iorio defendants Jorge Koechlin Von Stein and AutoMundo Productions, Inc., the above-captioned action is DISMISSED WITH PREJUDICE in its entirety pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a).  Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated:  August 23, 2010

_____
THE HON. STEPHEN V. WILSON, JUDGE
OF THE UNITED STATES DISTRICT COURT

402843411.1

-1-